```
PAUL J. MARAVELIAS, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
Telephone: (603) 475-3305
Email: paul@paulmarv.com
```

2019 FEB 11  P 12: 24

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS,<br>   a natural person,<br><br>         Plaintiff,<br><br>   v.<br><br>JOHN J. COUGHLIN,<br>   a natural person, in his individual and<br>   official capacities,<br><br>GORDON J. MACDONALD,<br>   a natural person, in his official capacity as<br>   Attorney General of New Hampshire,<br><br>PATRICIA G. CONWAY,<br>   a natural person, in her official capacity as<br>   Rockingham County Attorney,<br><br>TOWN OF WINDHAM, ex rel.,<br>WINDHAM POLICE DEPARTMENT,<br>   municipal entities,<br><br>GERALD S. LEWIS,<br>   a natural person, in his official capacity as<br>   Chief of Police of the Town of Windham,<br><br>         Defendants. | Case No.<br><br>**PAUL MARAVELIAS'S CERTIFICATION OF NOTICE TO DEFENDANTS PURSUANT TO FRCP 65(b)(1)(B)**<br><br><br>Date Action filed: 2/10/2019<br>Time: 11:00AM |

  I, Paul Maravelias, declare as follows. I am the *pro se* Plaintiff of this action. Pursuant to FRCP 65(b)(1)(B), I made the following efforts to give Defendants' notice that I would apply to this Court for an *ex parte* temporary restraining order against them.

- 1 -

On Friday 2/8/19 at 2051 EST, I sent the following email whose recipients included 1) two contacts for the NH Attorney General, 2) the Town Clerk of Windham, NH 3) Gerald S. Lewis, WPD Chief of Police, 4) Sgt. Bryan Smith, WPD, and 4) the two Captains and one Prosecutor email contacts for WPD as available on the town website:

"Dear Sgt. Smith:

Thank you for meeting with me this morning at the department. I appreciate your professionalism.

Pursuant to F.R.C.P. 65(b)(1)(B), this email serves to provide you and your department (and, by extension, the Town of Windham and the State of New Hampshire) advance notice that I intend to file an Emergency Application for *Ex Parte* Temporary Restraining Order (TRO) against you in NH Federal District Court on Monday morning to protect my federal constitutional rights and restrain you from arresting me or issuing any warrants in response to my conduct of submitting a public court exhibit in a routine NHSC appeal brief.

You do not have probable cause that I have violated a protective order pursuant to RSA 633:3-a, and even if you did, this action is necessary to protect my constitutional rights against an overbroad statute doubtlessly invalidated by whatever outrageous applied circumstances which could possibly motivate such an arrest on its face.

I am terrorized at the prospect of being falsely arrested as a result of, it would appear, my lawful First-Amendment-protected legal self-defense conduct - my mere participation in the adversarial process. Given this circumstance of which I learned just today, I have reasonable fear that I will suffer "immediate and irreparable injury, loss, or damage" if a TRO against you is not granted before you "can be heard in opposition". *See* F.R.C.P. 65(b)(1)(A).

This is especially true as the Derry Circuit Court hearing for the protective order extension against me is scheduled for 8am on Tuesday morning.

If circumstances over the weekend or early Monday morning come about such that you decide certainly not to pursue any warrants against me in connection with this matter, please contact me ASAP by cell at 603-475-3305 and/or email.

Respectfully and sincere regards,

Paul J. Maravelias
paul@paulmarv.com"

I could not find an adequate email contact address for the Rockingham County Attorney. I did not give notice to Defendant John J. Coughlin since the sought temporary restraining order and preliminary injunction do not enjoin him, as he lacks enforcement capacity.

Before the printing and filing this morning of 2/11/19 of the Original Verified Complaint, Application for *ex parte* temporary restraining order, and related papers, I emailed a preliminary copy of these materials to all recipient email addresses enumerated above. Said emailed copies were solely to provide further notice pending formal service of process, and accordingly may lack signatures, notary verifications, or other *de minimis* differences as effectuated after the printing but before the filing of this action.

The above facts are within my personal knowledge and I am competent to testify to their truth if called as a witness. I declare under penalty of perjury under the laws of the State of New Hampshire and the United States of America that the foregoing is true and correct to the best of my knowledge as of 2/11/2019.

/s/ Paul J. Maravelias, *pro se*       Dated: February 11th, 2019

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305