PAUL J. MARAVELIAS, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
Telephone: (603) 475-3305
Email: paul@paulmarv.com

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2019 FEB 11  P 12: 23

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS,<br>    a natural person,<br><br>           Plaintiff,<br><br>        v.<br><br>JOHN J. COUGHLIN,<br>    a natural person, in his individual and<br>    official capacities,<br><br>GORDON J. MACDONALD,<br>    a natural person, in his official capacity as<br>    Attorney General of New Hampshire,<br><br>PATRICIA G. CONWAY,<br>    a natural person, in her official capacity as<br>    Rockingham County Attorney,<br><br>TOWN OF WINDHAM, ex rel.,<br>WINDHAM POLICE DEPARTMENT,<br>    municipal entities,<br><br>GERALD S. LEWIS,<br>    a natural person, in his official capacity as<br>    Chief of Police of the Town of Windham,<br><br>          Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br><br>Date: _____<br><br>Time: _____ |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, the Memorandum and Exhibits in support thereof, as well as the parties' brief and oral argument, if any, this Court finds that Plaintiff

has demonstrated a need for preliminary injunctive relief in this case, and that immediate, irreparable injury will result to Plaintiff in the absence of a temporary restraining order. *See* Fed. R. Civ. P. 65(b). The standard for issuing a temporary restraining order is the same standard that applies to preliminary injunctions. *See, e.g., Francis v. Pulley*, No. 06-480, 2006 U.S. Dist. LEXIS 93792, at *5 (D.N.H. Dec. 28, 2006). Plaintiff has shown the Defendants are engaging in a course of conduct affecting his constitutional interests and that there is imminent threat Defendants will criminally enforce the material "extended terms" against Plaintiff. Plaintiff's well-pleaded allegations identify an imminent threat of irreparable injury by deprivation of federal constitutional rights and establish he is likely to succeed on the merits, warranting *ex parte* prospective injunctive relief. The Court finds the protection of constitutional rights to be in the public interest and that the balance of equities tips in Plaintiff's favor.

Accordingly, the Court hereby GRANTS Plaintiff's *Ex Parte* Application and ORDERS A TEMPORARY RESTRAINING ORDER against Defendants Gordon J. MacDonald, Patricia G. Conway, the Town of Windham, Gerald S. Lewis, and their officers, agents, servants, employees, and attorneys (collectively, "Defendants Bound"). Effective immediately, the said Defendants Bound are:

1. HEREBY ENJOINED AND RESTRAINED from enforcing anywhere the extended terms granted on 8/7/2018 to the NH district court civil protective order in Christina DePamphilis v. Paul Maravelias (473-2016-CV-00124), to wit, the extended terms that "Respondent [Plaintiff Maravelias] shall not gain access to or possess any of Petitioner's [Christina DePamphilis's] social media communications either directly or through a third party"; and

1

2.  HEREBY ENJOINED AND RESTRAINED from obtaining, executing, or

2

enforcing any arrest or search warrants in connection to any investigation or

3

criminal charge relating to Plaintiff's alleged violation of the said extended terms.

4

5

IT IS FURTHER ORDERED that Defendants shall show cause as to why a preliminary

6

injunction should not issue enjoining them and their agents from enforcing the said

7

extended terms to the protective order against Plaintiff. The Court will construe Plaintiff's

8

moving papers for a TRO as a motion for preliminary injunction.

9

10

This order SHALL remain in full force and effect through the earlier of the expiration of

11

ten (10) days or a hearing on a preliminary injunction. The case is set for a hearing on a

12

preliminary injunction on _____.

13

14

15

IT IS SO ORDERED, this ___ day of February 2019 at _____.

16

17

18

Dated: February ____, 2019                    _____

19

                                               United States District Judge

20

21

22

23

24

25

26

27

28