PAUL J. MARAVELIAS, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
Telephone: (603) 475-3305
Email: paul@paulmarv.com

2019 MAR 27 P 3: 13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

PAUL MARAVELIAS,
    a natural person,

        Plaintiff,

    v.

JOHN J. COUGHLIN,
    a natural person, in his individual and
    official capacities,

GORDON J. MACDONALD,
    a natural person, in his official capacity as
    Attorney General of New Hampshire,

PATRICIA G. CONWAY,
    a natural person, in her official capacity as
    Rockingham County Attorney,

TOWN OF WINDHAM, ex rel.,
WINDHAM POLICE DEPARTMENT,
    municipal entities,

GERALD S. LEWIS,
    a natural person, in his official capacity as
    Chief of Police of the Town of Windham,

        Defendants.

Case No. **1:19-CV-143**

**RETURN OF SERVICE AND AFFIDAVIT PURSUANT TO F.R.C.P 4(c)(2), 4(e), 4(l)(1)**

Date Action filed: 2/11/2019

## **RETURN OF SERVICE**

I, Deborah L. Maravelias, declare that:

1.    I am a natural person and citizen of the United States of America 18 years of age and not a party to the instant action.

- 1 -

2. On 3/27/2019 at 2:12 pm, I served the hereunder-specified Defendant with the following materials:

- A copy of the Summons;
- A copy of the Complaint ("ORIGINAL VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF");
- A copy of the additional papers docketed with the Court alongside the commencement of this action, to wit:
    - Plaintiff's "EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE *RE* PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S DECLARATION IN SUPPORT OF EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S CERTIFICATION OF NOTICE TO DEFENDANTS PURSUANT TO FRCP 65(b)(1)(B)"; and
    - Plaintiff's "[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE"

3. I accomplished service of these documents upon the following Defendant:

Anthony Galdieri, assistant attorney, who represented to me to be designated by law to accept service of process on behalf of defendant Gordon J. Macdonald, attorney general at the location 33 Capitol St, Concord, NH 03301

4. I accomplished service pursuant to F.R.C.P 4(e)(2) by means of:

☐ delivering a copy of the summons and of the complaint to the individual personally;

☐ leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there, in which case the service materials were left with _____, or

☒ delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

- 2 -

## AFFIDAVIT TO RETURN OF SERVICE

I, Deborah L. Maravelias, being duly sworn, depose and declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the foregoing Return of Service is true and correct to the best of my knowledge.

*Signature of Process Server*

[signature]

*Name of Process Server*
Deborah Maravelias

*Address of Process Server*
34 Mockingbird Hill Rd, Windham, NH

*Date*
3/27/19

STATE OF NEW HAMPSHIRE
COUNTY OF Merrimack

Subscribed and sworn to this 27th day of March, 2019 before me.

[signature]

Notary Public / Justice of the Peace

My Commission Expires: May 16th, 2023

[Notary seal: NICOLE L. BROUILLET, STATE OF NEW HAMPSHIRE, MY COMMISSION EXPIRES MAY 16, 2023, NOTARY PUBLIC]

PAUL J. MARAVELIAS, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
Telephone: (603) 475-3305
Email: paul@paulmarv.com

2019 MAR 27 P 3: 13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

PAUL MARAVELIAS,
   a natural person,

         Plaintiff,

   v.

JOHN J. COUGHLIN,
   a natural person, in his individual and
   official capacities,

GORDON J. MACDONALD,
   a natural person, in his official capacity as
   Attorney General of New Hampshire,

PATRICIA G. CONWAY,
   a natural person, in her official capacity as
   Rockingham County Attorney,

TOWN OF WINDHAM, ex rel.,
WINDHAM POLICE DEPARTMENT,
   municipal entities,

GERALD S. LEWIS,
   a natural person, in his official capacity as
   Chief of Police of the Town of Windham,

         Defendants.

Case No. **1:19-CV-143**

**RETURN OF SERVICE AND AFFIDAVIT PURSUANT TO F.R.C.P 4(c)(2), 4(e), 4(l)(1)**

Date Action filed: 2/11/2019

## **RETURN OF SERVICE**

I, Deborah L. Maravelias, declare that:

1.     I am a natural person and citizen of the United States of America 18 years of age and not a party to the instant action.

- 1 -

2. On 3/27/2019 at __11:57 am__, I served the hereunder-specified Defendant with the following materials:

- A copy of the Summons;
- A copy of the Complaint ("ORIGINAL VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF");
- A copy of the additional papers docketed with the Court alongside the commencement of this action, to wit:
    - Plaintiff's "EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE *RE* PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S DECLARATION IN SUPPORT OF EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S CERTIFICATION OF NOTICE TO DEFENDANTS PURSUANT TO FRCP 65(b)(1)(B)"; and
    - Plaintiff's "[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE"

3. I accomplished service of these documents upon the following Defendant: __Patricia G. Conway, Rockingham County Attorney__,

at the location __10 NH-125, Brentwood, NH, 03833__

4. I accomplished service pursuant to F.R.C.P 4(e)(2) by means of:

☑ delivering a copy of the summons and of the complaint to the individual personally;

☐ leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there, in which case the service materials were left with _____, or

☐ delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

# AFFIDAVIT TO RETURN OF SERVICE

I, Deborah L. Maravelias, being duly sworn, depose and declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the foregoing Return of Service is true and correct to the best of my knowledge.

*Signature of Process Server*

*[signature]*

*Name of Process Server*

Deborah Maravelias

*Address of Process Server*

34 Mockingbird Hill Rd, Windham, NH

*Date*

3/27/19

STATE OF NEW HAMPSHIRE
COUNTY OF Merrimack

Subscribed and sworn to this 27th day of March, 2019 before me.

*[signature]*

Notary Public / Justice of the Peace

My Commission Expires: May 16th, 2023

[Notary seal: NICOLE L BROUILLET, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES MAY 16, 2023]

- 3 -

PAUL J. MARAVELIAS, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
Telephone: (603) 475-3305
Email: paul@paulmarv.com

2019 MAR 27 P 3: 13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

PAUL MARAVELIAS,
   a natural person,

        Plaintiff,

   v.

JOHN J. COUGHLIN,
   a natural person, in his individual and
   official capacities,

GORDON J. MACDONALD,
   a natural person, in his official capacity as
   Attorney General of New Hampshire,

PATRICIA G. CONWAY,
   a natural person, in her official capacity as
   Rockingham County Attorney,

TOWN OF WINDHAM, ex rel.,
WINDHAM POLICE DEPARTMENT,
   municipal entities,

GERALD S. LEWIS,
   a natural person, in his official capacity as
   Chief of Police of the Town of Windham,

        Defendants.

Case No. **1:19-CV-143**

**RETURN OF SERVICE AND AFFIDAVIT PURSUANT TO F.R.C.P 4(c)(2), 4(e), 4(l)(1)**

Date Action filed: 2/11/2019

## **RETURN OF SERVICE**

I, Deborah L. Maravelias, declare that:

1.     I am a natural person and citizen of the United States of America 18 years of age and not a party to the instant action.

- 1 -

2. On 3/27/2019 at ___10:20 am___, I served the hereunder-specified Defendant with the following materials:

- A copy of the Summons;
- A copy of the Complaint ("ORIGINAL VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF");
- A copy of the additional papers docketed with the Court alongside the commencement of this action, to wit:
    - Plaintiff's "EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE *RE* PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S DECLARATION IN SUPPORT OF EMERGENCY *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION";
    - Plaintiff's "PAUL MARAVELIAS'S CERTIFICATION OF NOTICE TO DEFENDANTS PURSUANT TO FRCP 65(b)(1)(B)"; and
    - Plaintiff's "[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE"

3. I accomplished service of these documents upon the following Defendant: ___Nicole Bottai, town clerk, by law, on behalf of town of Windham___, at the location ___3 North Lowell Rd, Windham, NH, 03087___

4. I accomplished service pursuant to F.R.C.P 4(e)(2) by means of:

☑ delivering a copy of the summons and of the complaint to the individual personally;

☐ leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there, in which case the service materials were left with _____, or

☑ delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

-2-

# AFFIDAVIT TO RETURN OF SERVICE

I, Deborah L. Maravelias, being duly sworn, depose and declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the foregoing Return of Service is true and correct to the best of my knowledge.

*Signature of Process Server*

*Name of Process Server*
Deborah Maravelias

*Address of Process Server*
34 Mockingbird Hill Rd, Windham, NH

Date 3/27/19

STATE OF NEW HAMPSHIRE
COUNTY OF Merrimack

Subscribed and sworn to this 27th day of March, 2019, before me.

Notary Public / Justice of the Peace

My Commission Expires: May 16th, 2023

- 3 -