USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Paul Maravelias | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  19-CV-143-SM |
| John J. Couglin, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Town of Windham, ex. rel, Windham Police Department, & Gerald S. Lewis                    .

Date:   04/18/2019

/s/ Eric A. Maher
*Attorney's signature*

Eric A. Maher, NH Bar #21185
*Printed name and bar number*

16 Acadia Lane
P.O. Box 630
Exeter, NH 03833

*Address*

emaher@dtclawyers.com
*E-mail address*

(603) 778-0686
*Telephone number*

(603) 772-4454
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

| 04/18/2019 | /s/ Eric A. Maher |
|---|---|
| Date | Signature |