USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Paul Maravelias ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-00143-SM |
| John J. Coughlin, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patricia Conway, Rockingham County Attorney, In Her Official Capacity

Date:  04/18/2019

/s/ Christopher Cole
*Attorney's signature*

Christopher Cole, Esq. (#8725)
*Printed name and bar number*

Sheehan Phinney Bass & Green, PA
1000 Elm Street, P.O. Box 3701

*Address*

ccole@sheehan.com
*E-mail address*

(603) 627-8223
*Telephone number*

(603) 641-2339
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All counsel of record.

Conventionally Served:

Paul Maravelias
34 Mockingbird Hill Road
Windham, NH  03087

| 04/18/2019 | /s/ Christopher Cole |
|---|---|
| Date | Signature |