UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE



**Paul Maravelias**
Plaintiff(s)

v.

**John J. Coughlin, et al.**
Defendant(s)

Case No.  **1:19-CV-00143(SM)**

2019 APR 19 P 3: 54

PRO SE MOTION TO OBTAIN ECF LOGIN AND PASSWORD

NOW COMES the Plaintiff, **Paul Maravelias**, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to obtain an ECF login and password. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.

2. Pro Se Litigant is not presently incarcerated.

3. Pro Se Litigant represents that he/she has the following systems required to participate in ECF:

   A. Personal computer (Pentium 233 Mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);

   B. Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel WordPerfect, Microsoft Word);

   C. PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

   D. Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));

   E. Internet browser that is compatible with CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;

   F. A PACER account with PACER login and password;

   G. A document scanner and/or access to a document scanner;

    4. As a condition of obtaining an ECF login and password, Pro Se Litigant understands and agrees to the following:

        A. That I am required to maintain and keep the aforementioned systems in working order;

        B. That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

        C. That I will review the interactive "New Hampshire Computer Based Training Modules" on the court's website at www.nhd.uscourts.gov.

        D. That I may only file electronic documents in the above captioned case;

        E. That the clerk's office will terminate my ECF Registration should an attorney subsequently file an appearance on my behalf in the above captioned case;

        F. That I will keep the email addresses associated with my CM/ECF Account current and able to receive electronic notices from the court.

        G. That the court may terminate my ECF Registration at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

    WHEREFORE, Pro Se Litigant respectfully requests that the court:

A. Grant the Motion to Obtain an ECF Login and Password;

B. Grant such other relief as is equitable and just.

Date: **4/19/2019**      Signature: *(signed)*

Name: **Paul J. Maravelias**
(Typed or Printed)

Address: **34 Mockingbird Hill Rd**

**Windham, NH 03087**

Telephone No. **603-475-3305**

USDCNH-97 (12-18)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein: Nancy J. Smith, Esq., Senior Assistant Atty. Gen., 33 Capitol Street Concord, NH 03301, Counsel for Defendant John Coughlin; Samuel R.V. Garland, Esq. and Anthony J. Galdieri, Esq., 33 Capitol Street Concord, NH 03301, Counsel for Defendant Gordon J. MacDonald; Christopher Cole, Esq., Sheehan Phinney Bass & Green, PA., 1000 Elm Street, P.O. 3701, Manchester, NH 03105-3701, Counsel for Defendant Patricia Conway; Eric A. Maher, Esq., 16 Acadia Lane, P.O. Box 630, Exeter, NH 03833, Counsel for Defendants Town of Windham, Windham Police Department, and Gerald Lewis.

Date: 4/19/19   Signature: /s/ Paul J. Maravelias

Name: Paul J. Maravelias
(Typed or Printed)