# EXHIBIT E

## CERTIFICATE OF SERVICE

I hereby certify this 2nd day of July 2018 a copy of the foregoing Petitioner's *Motion for Modification of Stalking Final Order of Protection to Include Further Conditions* has been forwarded via U.S. First Class Mail, postage pre-paid, to Respondent, Paul Maravelias, *pro se*.

Simon R. Brown

8/7/18
Granted as to
Petitioner's Request for Relief
A.; B1; B2; B3

John J. Coughlin

4

13188052.1