# EXHIBIT F

## CERTIFICATE OF SERVICE

I hereby certify this 12th day of July 2018 a copy of the foregoing *Petitioner's Reply to Respondent's Objection to Motion for Modification of Stalking Final Order of Protection to Include Further Conditions* has been forwarded via U.S. First Class Mail, postage pre-paid, to Respondent, Paul Maravelias, *pro se*.

*/s/ Simon R. Brown*
Simon R. Brown

8/7/18 The Court granted the The Petitioner's Motion for Modification of Stalking Final Order of Protection on 8/7/18

John J. Coughlin

4

13208168.1