Paul J. Maravelias, *pro se*
34 Mockingbird Hill Rd
Windham, NH 03087
(603) 475-3305
paul@paulmarv.com



2019 MAY 13 P 1:18

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS, ) | |
| *Plaintiff*, ) | |
| v. ) | Civil No. 1:19-CV-143(SM) |
| ) | |
| JOHN J. COUGHLIN, in his individual and ) | JURY TRIAL DEMANDED |
| official capacities, GORDON J. MACDONALD, ) | |
| in his official capacity as Attorney General of ) | |
| New Hampshire, PATRICIA G. CONWAY, in ) | |
| her official capacity as Rockingham County ) | |
| Attorney, TOWN OF WINDHAM, *ex rel.* ) | |
| WINDHAM POLICE DEPARTMENT, and ) | **PLAINTIFF'S MOTION FOR** |
| GERALD S. LEWIS, in his official capacity as ) | **PRELIMINARY INJUNCTION** |
| Chief of Police. ) | |
| *Defendants*. ) | |

NOW COMES Paul Maravelias ("Plaintiff") and respectfully applies for a preliminary injunction to prevent imminent deprivation of civil rights pending the trial of this action.

1. In further support, Plaintiff repeats and incorporates by reference his "Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction", attached and filed contemporaneously herewith.

2. Plaintiff also repeats and incorporates by reference his attached "Declaration in Support" and "Proposed Order" pursuant to LR 65.1 and Fed. R. Civ. P. 65.

WHEREFORE, Plaintiff Paul Maravelias respectfully requests this Honorable Court:

I. Issue a preliminary injunction prohibiting Defendants Gordon J. MacDonald, Patricia G. Conway, the Town of Windham, Gerald S. Lewis, and their officials, employees, and agents from implementing or enforcing the "extended terms" to the civil protective order against Maravelias in New Hampshire Circuit Court Case No. 473-2016-CV-00124 as identified in Plaintiff's 5/6/19 First Amended Complaint, ¶25; and

II. Grant any further relief as may be deemed just and proper.

Dated: May 13th, 2019

Respectfully submitted,

PAUL J. MARAVELIAS,

*in propria persona*

/s/ Paul J. Maravelias, *pro se*

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305

### CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document and its attachments is being sent on this date to all counsel of record for the Defendants pursuant to the rules of this Court.

/s/ Paul J. Maravelias                                                         Dated: May 13th, 2019

**Paul J. Maravelias**