U.S. DISTRICT COURT
DISTRICT OF NH

2019 MAY 22 AM 10:03

FILED

Civil Action No. 19-cv-143-SM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ross Mcleod (Town of Windham)**
was received by me on *(date)* **5/13/19**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Kenna Mcleod**, a person of suitable age and discretion who resides there,
on *(date)* **5/13/19**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/13/19**

_____
*Server's signature*

**Debi Maravelias**
*Printed name and title*

**34 Mockingbird Hill Rd, Windham, NH 03087**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-143-SM

U.S. DISTRICT COURT
DISTRICT OF NH

2019 MAY 22 AM 10:03

FILED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gerald Lewis__
was received by me on *(date)* __5/13/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Crystal Weyers-Levchtner__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Gerald Lewis__ on *(date)* __5/13/19__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __5/13/19__

_____
Server's signature

__Debi Maravhas__
Printed name and title

__34 Mockingbird Hill Rd, Windham, NH 03087__
Server's address

Additional information regarding attempted service, etc:

Daniel J. Lynch, Clerk of Court  
U.S. District Court  
District of New Hampshire  
55 Pleasant Street  
Room 110  
Concord, NH 03301  

May 20th, 2019  

Paul Maravelias  
34 Mockingbird Hill Rd  
Windham, NH 03087  

RE:   Maravelias v. Coughlin, et al. (1:19-CV-00143-SM)

---

Dear Clerk Lynch:

Enclosed please find the attached Return of Service affidavits for filing in the above-referenced case. *See* FRCP 4(l)(1).

Thank you for your attention to this matter.

Sincerely,

Paul J. Maravelias

**PRIORITY® MAIL** FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE



U.S. POSTAGE PAID
PM 2-Day
HALLANDALE BEACH, FL
33009
MAY 20, 19
AMOUNT
**$7.35**
R2305K137341-04

1004    03301

PAUL MARAVELIAS
34 MOCKINGBIRD HILL RD
WINDHAM, NH
03087

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT ST
ROOM 110
CONCORD, NH
03301

EXPECTED DELIVERY DAY: 05/22/19

USPS TRACKING NUMBER



9505 5132 5327 9140 3475 44

EP14H July 2013 Outer Dimension: 10 x 5

PRIORITY MAIL FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT

TRACKED ★ INSURED

PRIORITY MAIL

VISIT US AT USPS.COM
Label 106A, Nov 2018

UNITED STATES POSTAL SERVICE

EP14H July 2013
OD: 10 x 5

PS00001000064

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14H © U.S. Postal Service; July 2013; All rights reserved.