UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Paul Maravelias,                           \*
                                           \*
       Plaintiff,                     \*
v.                                         \*       Civil No. 1:19-cv-00143-SM
                                           \*
John J. Coughlin, et al.,                  \*
                                           \*
       Defendants.                    \*
                                           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT PATRICIA CONWAY'S NOTICE THAT SHE JOINS IN GORDON J. MACDONALD'S OBJECTION TO THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Patricia Conway, the County Attorney for Rockingham County in her official capacity, by and through her attorneys Sheehan Phinney Bass & Green, P.A., respectfully notifies the Court that she joins in the Objection to Motion for Preliminary Injunction [Doc. No. 30], filed on May 28, 2019 by Gordon J. MacDonald, in his official capacity as New Hampshire Attorney General ("Attorney General").

As the County Attorney adopts and incorporates the Objection to the Motion by reference, no further Memorandum of Law is required.

WHEREFORE, Patricia Conway, as Rockingham County Attorney and in her official capacity, respectfully requests that the Court:

    A. Deny the Plaintiff's Motion for Preliminary Injunction;

    B. Dismiss this action for lack of subject matter jurisdiction; and

    C. Grant such other and further relief in favor of the Defendants as the Court deems necessary and just.

Respectfully submitted,

**PATRICIA CONWAY, ROCKINGHAM COUNTY ATTORNEY, IN HER OFFICIAL CAPACITY**

By Its attorneys,

**SHEEHAN PHINNEY BASS & GREEN, PROFESSIONAL ASSOCIATION**

Dated: May 29, 2019

By: */s/ Christopher Cole*
Christopher Cole, Esquire (NH Bar No. 8725)
Sheehan Phinney Bass & Green, PA.
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105-3701
(603) 627-8223
ccole@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of May 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to Defendant's respective Counsel of Record, and mailed, via Registered Mail, a copy of this Notice to the Plaintiff as follows:

Mr. Paul Maravelias
34 Mockingbird Hill Road
Windham, NH 03087

Date: May 29, 2019

*/s/ Christopher Cole*
Christopher Cole, Esquire