# EXHIBIT B

**"NHSC Case Summary for Case No. 2018-0483"**
1:19-CV-00143(SM)
Mem. of Law in Support of Plaintiff's 6/3/19 Opp. to Def. MacDonald's MtD.

| Description | Date | Type |
|---|---|---|
| Service Copy; correspondence addressed to Mr. MacDonald (Paul J. Maravelias) | 09/27/2018 | Misc. Documents |
| Defendant's motion for further-expedited briefing schedule and Rule 16(11) word limit increase (Paul Maravelias) | 10/15/2018 | Motion |
| Transcripts filed (5 vols.); 5/3/2018, 5/4/2018, 6/8/2018; over 100 pages; complete | 10/18/2018 | Transcript |
| Briefing: Defendant's brief is due November 1, 2018 and plaintiff's brief MOL is due November 21, 2018. Plaintiff's motion for further expedited briefing schedule and Rule 16(11) word limit increase granted in part and denied in part. | 10/24/2018 | Order |
| Brief filed for the defendant (Paul J. Maravelias). 15 minute oral argument is requested | 11/01/2018 | Brief |
| Service Copy; Defendant's correspondence sent to Attorney Brown (Paul J. Maravelias) | 11/06/2018 | Misc. Documents |
| Service Copy; correspondence to Mr. Maravelias re service of brief (Simon R. Brown) | 11/07/2018 | Misc. Documents |
| Plaintiff's motion to strike exhibits and argument presented in defendant's brief that are not part of the record (Simon R. Brown) | 11/21/2018 | Motion |
| Brief of Christina DePamphilis filed (Simon R. Brown). Attorney Brown requests 15 minutes oral argument. | 11/21/2018 | Brief |
| Defendant's objection to plaintiff's motion to strike exhibits and arguments presented in defendant's brief (Paul Maravelias) | 11/30/2018 | Objection |
| Reply brief filed for the defendant (Paul Maravelias) | 12/03/2018 | Brief |
| Plaintiff's motion to dismiss and strike exhibits and argument presented in defendant's reply brief that are not part of the record (Simon R. Brown) | 12/12/2018 | Motion |
| Defendant's objection to appellee's motion to dismiss and strike exhibits and arguments presented in appellant's reply (Paul J. Maravelias) | 12/17/2018 | Objection |
| Submitted On Briefs - Full Court | 01/15/2019 | Event |
| Affirmed | 01/16/2019 | Final Orders |
| Defendant's motion for reconsideration (Paul J. Maravelias) | 01/28/2019 | Motion |
| Plaintiff's objection to defendant's motion for reconsideration (Simon R. Brown) | 02/05/2019 | Objection |
| Motion for reconsideration Denied | 02/21/2019 | Order |
| Mandate Issued | 02/21/2019 | Final Orders |
| Plaintiffs' request for award of attorneys' fees (Simon R. Brown) | 03/22/2019 | Motion |
| Defendant's motion to strike plaintiff's request for award of attorneys' fees (Paul Maravelias) | 04/01/2019 | Misc. Documents |
| Defendant's objection to plaintiff's request for award of attorneys' fees (Paul Maravelias) | 04/01/2019 | Misc. Documents |
| Defendant's motion for award of fees and costs (Paul Maravelias) | 04/01/2019 | Misc. Documents |
| Appellee's Objection to Appellant's Motion for Award of Fees and Costs (Simon R. Brown) | 04/12/2019 | Objection |