UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2019 JUN -4 P 6: 22
24 HOUR DEPOSITORY

| | |
|---|---|
| PAUL MARAVELIAS, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN J. COUGHLIN, in his individual and official capacities, GORDON J. MACDONALD, in his official capacity as Attorney General of New Hampshire, PATRICIA G. CONWAY, in her official capacity as Rockingham County Attorney, TOWN OF WINDHAM, *ex rel.* WINDHAM POLICE DEPARTMENT, and GERALD S. LEWIS, in his official capacity as Chief of Police. <br><br> *Defendants.* | Civil No. 1:19-CV-143(SM) <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S OPPOSITION TO DEFENDANT PATRICIA G. CONWAY'S MOTION TO DISMISS AMENDED COMPLAINT

NOW COMES Paul Maravelias ("Plaintiff") and Objects to Defendant Patricia G. Conway's 5/20/19 Motion to Dismiss Amended Complaint. In support thereof, Plaintiff states as follows:

1. Defendant Patricia G. Conway has filed a Motion to Dismiss on 5/20/19. ECF Doc #28. Her generic Motion joins in the Attorney General's Rule 12(b)(1) Motion to dismiss this case under the Rooker-Feldman doctrine and contains no distinct argumentation.

2. Plaintiff Objects to Defendant Conway's Motion to Dismiss and, in further support, fully repeats and incorporates by reference his 6/3/19 "Memorandum of Law in Support of Plaintiff's Opposition to Defendant Gordon J. MacDonald's Motion to Dismiss Amended Complaint" (ECF Doc #33).

3.  No separate memorandum of law is required in support of this objection as all relevant legal authority relied upon is cited herein. *See* LR 7.1(a)(2).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Paul Maravelias respectfully requests this Honorable Court:

A.  Deny ~~the~~ Defendant Patricia G. Conway's 5/20/19 Motion to Dismiss Amended Complaint;

B.  Hold a Hearing on this matter; and

C.  Grant any further relief as may be deemed just and proper.

Dated: June 4th, 2019

Respectfully submitted,
PAUL J. MARAVELIAS,

*in propria persona*

/s/ Paul J. Maravelias, *pro se*

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305

### CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to all counsel of record for the Defendants pursuant to the rules of this Court.

/s/ Paul J. Maravelias
**Paul J. Maravelias**

Dated: June 4th, 2019