UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Paul Maravelias, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:19-cv-00143-SM |
| | \* |
| John J. Coughlin, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT JOHN J. COUGHLIN'S REPLY TO OBJECTION TO MOTION TO DISMISS

Hon. John J. Coughlin ("Judge Coughlin") respectfully submits this reply to plaintiff Paul Maravelias's objection to Judge Coughlin's motion to dismiss Maravelias's amended complaint. In support of this reply, Judge Coughlin states as follows:

1. On May 20, 2019, Judge Coughlin moved to dismiss Maravelias's claims against him, arguing that those claims were barred by the *Rooker-Feldman* doctrine and, alternatively, by the doctrine of judicial immunity. *See* ECF Doc. No 27. Maravelias has objected to that motion. ECF Doc. No. 34.

2. With respect to the *Rooker-Feldman* doctrine, Judge Coughlin joins the reply filed by New Hampshire Attorney General Gordon MacDonald, ECF Doc No. 38, and incorporates that reply herein by reference.

3. With respect to judicial immunity, Judge Coughlin relies on the arguments raised in his motion to dismiss. No further reply is necessary.

WHEREFORE, Hon. John J. Coughlin respectfully requests that this Honorable Court:

A. Grant Judge Coughlin's motion to dismiss;

B. Dismiss all claims against Judge Coughlin; and

C. Grant any such further relief as the court may deem just and equitable.

Respectfully submitted,

**HON. JOHN J. COUGHLIN**

By his attorney,

THE OFFICE OF THE NEW HAMPSHIRE ATTORNEY GENERAL

Date:  June 11, 2019

/s/ Nancy J. Smith
Nancy J. Smith, NH Bar ID # 9085
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03301
Phone: (603) 271-3650
nancy.smith@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed this day, postage prepaid, to Paul Maravelias, 34 Mockingbird Hill Rd., Windham, NH 03087.

Date:  June 11, 2019

/s/ Nancy Smith
Nancy Smith