UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paul Maravelias,
    Plaintiff

v.                               Case No. 19-cv-143-SM

Hon. John J. Coughlin;
Attorney General Gordon J. MacDonald;
Patricia G. Conway, Esq.; Town of Windham;
and the Windham Police Department,
    Defendants

JUDGMENT

Judgment is hereby entered in accordance with the Order by District Judge Steven J. McAuliffe dated November 4, 2019.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                            By the Court:

                                            Daniel J. Lynch
                                            Clerk of Court

Date: November 4, 2019

 cc:  Paul Maravelias, pro se
      Nancy J. Smith, Esq.
      Anthony Galdieri, Esq.
      Samuel R.V. Garland, Esq.
      Christopher Cole, Esq.
      Eric Alexander Maher, Esq.