UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

PAUL MARAVELIAS, )  Civil No. 1:19-CV-143(SM)
                 )
      *Plaintiff,* )
                 )
  v.             )
                 )
JOHN J. COUGHLIN, in his individual and official )
capacities, GORDON J. MACDONALD, in his )
official capacity as Attorney General of New )
Hampshire, PATRICIA G. CONWAY, in her official )
capacity as Rockingham County Attorney, TOWN )
OF WINDHAM, *ex rel.* WINDHAM POLICE )
DEPARTMENT, and GERALD S. LEWIS, in his )
official capacity as Chief of Police. )
                 )
      *Defendants.* )

### RULE 59(E) MOTION TO ALTER OR AMEND JUDGMENT

Paul Maravelias ("Plaintiff") respectfully moves this Court under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend its Memorandum Order and Judgment (ECF Docs #43, #44) entered on November 4th, 2019 in the above-captioned case, granting Defendants' motion(s) to dismiss Plaintiff's entire complaint and denying Plaintiff's motion for preliminary injunction .

The Court's decision was based upon clear error of fact and law. District Judge Steven McAuliffe has injected four pages of improper, irrelevant, scandalous, defamatory, unilateral opinings of fact to disparage Maravelias and deter him from taking any appeal herefrom given the high visibility of First Circuit publications, including internet search results. Judge McAuliffe, having made himself into a radical partisan advocate against Maravelias in the underlying state case, employed this inflamed diatribe to distract from his subsequent mischaracterization and manifest disregard of Maravelias's claims, legal arguments, and precise forms of relief sought.

Plaintiff respectfully requests the Court vacate the Memorandum Order and Judgment, a puerile display of malice which, in its current form, tarnishes the reputation of the American federal judiciary. In further support, Plaintiff relies on the accompanying Memorandum.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Paul Maravelias respectfully requests this Honorable Court:

A. Vacate the Memorandum Order and Judgment entered 11/4/19 (ECF Docs #43 and #44) and allow this action to proceed;

B. Grant Plaintiff's motion for preliminary injunction; and

C. Grant any further relief as may be deemed just and proper.

Dated: December 2nd, 2019

Respectfully submitted,

PAUL J. MARAVELIAS,

*in propria persona*

**Paul J. Maravelias**
34 Mockingbird Hill Rd
Windham, NH 03087
paul@paulmarv.com
603-475-3305

### CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to all counsel of record for the Defendants pursuant to the rules of this Court.

/s/ Paul J. Maravelias
**Paul J. Maravelias**

Dated: December 2nd, 2019