UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PAUL MARAVELIAS,<br><br>                    *Plaintiff*,<br>v.<br><br>JOHN J. COUGHLIN, in his individual and official capacities, GORDON J. MACDONALD, in his official capacity as Attorney General of New Hampshire, PATRICIA G. CONWAY, in her official capacity as Rockingham County Attorney, TOWN OF WINDHAM, *ex rel.* WINDHAM POLICE DEPARTMENT, and GERALD S. LEWIS, in his official capacity as Chief of Police.<br><br>                    *Defendants*. | Civil No. 1:19-CV-143(SM) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FIRST CIRCUIT

The above-named Plaintiff, Paul Maravelias, hereby gives notice to the Honorable Court pursuant to Fed. R. App. P. 3(c)(1) and 4(a) that he appeals as of right to the United States Court of Appeals for the First Circuit from the Memorandum Opinion and Order (ECF Doc #43) and Judgment (ECF Doc #44) entered in the above-titled action on November 4th, 2019. The Memorandum Opinion and Order granted Defendants' motion(s) to dismiss, dismissing Plaintiff's entire complaint, and denied his motion for preliminary injunction on jurisdictional grounds.

Dated: December 2nd, 2019                Respectfully submitted,

                                                        PAUL J. MARAVELIAS, *pro se*

                                                        By: /s/ Paul J. Maravelias
                                                        Paul J. Maravelias
                                                        34 Mockingbird Hill Road
                                                        Windham, NH 03087
                                                        paul@paulmarv.com
                                                        603-475-3305