20   JAN 13 PM 12: 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| PAUL MARAVELIAS, | ) | Civil No. 1:19-CV-143(SM) |
| *Plaintiff,* | ) | |
| v. | ) | |
| JOHN J. COUGHLIN, in his individual and official capacities, GORDON J. MACDONALD, in his official capacity as Attorney General of New Hampshire, PATRICIA G. CONWAY, in her official capacity as Rockingham County Attorney, TOWN OF WINDHAM, *ex rel.* WINDHAM POLICE DEPARTMENT, and GERALD S. LEWIS, in his official capacity as Chief of Police. | ) | |
| *Defendants.* | ) | |

## AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

The above-named Plaintiff, Paul Maravelias, hereby gives notice to the Honorable Court pursuant to Fed. R. App. P. 3(c)(1) and 4(a) that he appeals as of right to the United States Court of Appeals for the First Circuit from the Memorandum Opinion and Order (ECF Doc #43) and Judgment (ECF Doc #44) entered in the above-titled action on November 4th, 2019 and, additionally, from the Court's Order entered January 7th, 2020 denying Plaintiff's Rule 59(e) Motion to Alter or Amend Judgment. The 11/4/19 Memorandum Opinion and Order granted Defendants' motion(s) to dismiss, dismissing Plaintiff's entire complaint, and denied his motion for preliminary injunction on jurisdictional grounds. Pursuant to Fed. R. App. P. 4(a)(4)(B)(ii), this amended notice of appeal further includes the 1/7/20 Order denying the Rule 59(e) Motion.

Dated: January 10th, 2020               Respectfully submitted,

                                        PAUL J. MARAVELIAS, *pro se*

                                        By: /s/ Paul J. Maravelias
                                        Paul J. Maravelias
                                        34 Mockingbird Hill Road
                                        Windham, NH 03087
                                        paul@paulmarv.com
                                        603-475-3305

## CERTIFICATE OF SERVICE

I, Paul Maravelias, certify that a timely provided copy of this document is being sent on this date to all counsel of record for Defendants pursuant to the rules of this Court.

/s/ Paul J. Maravelias                                    Dated: January 10th, 2020
**Paul J. Maravelias**