Daniel J. Lynch, Clerk of Court
U.S. District Court for the District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

January 10th, 2020

Paul Maravelias
34 Mockingbird Hill Rd
Windham, NH 03087

**VIA FIRST CLASS MAIL**

RE:   Maravelias v. Coughlin, et al. (Case No. 1:19-CV-00143-SM)

---

Dear Clerk Lynch:

Enclosed please find *Plaintiff's Amended Notice of Appeal* pursuant to Fed. R. App. P. 4(a)(4)(B)(ii) for filing in the above-referenced case.

Thank you for your attention to this matter.

Sincerely,

*/s/ Paul J. Maravelias/*

Paul J. Maravelias

CC: Nancy J. Smith, Esq.
    Eric A. Maher, Esq.
    Samuel R.V. Garland, Esq.
    Anthony Galdieri, Esq.
    Christopher Cole, Esq.