


From: PAUL MARANBLAS
34 MOCKINGBIRD HILL RD
WINDSOR NH
03087

To: U.S. DISTRICT COURT
55 PLEASANT ST
ROOM 110
CONCORD NH 03301-3941

